No. 719. THE WABASH RAILROAD COMPANY ET AL., PETITIONERS, v. JAMES POLLITZ. November 14, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Lawrence Greer, Mr. Rush Taggart* and *Mr. F. C. Nicodemus, Jr.,* for petitioners. *Mr. Stephen M. Yeaman* and *Mr. J. Aspinwall Hodge* for respondent.

No. 761. JAMES D. GILL, COLLECTOR, ETC., PETITIONER, v. JAMES W. AUSTIN, EXECUTOR, ETC. November 14, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the First Circuit denied. *The Attorney General* for petitioner. *Mr. J. L. Thorndike* for respondent.

No. 762. W. FRANK KINNEY, COLLECTOR, ETC., PETITIONER, v. SAMUEL MORRIS CONANT ET AL., EXECUTORS, ETC. November 14, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the First Circuit denied. *The Attorney General* for petitioner. *Mr. Walter F. Angel* and *Mr. Frank H. Swan* for respondents.

No. 763. JAMES D. GILL, COLLECTOR, ETC., PETITIONER, v. J. SCOTT PARRISH, ADMINISTRATOR, ETC. November 14, 1910. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the First Circuit denied. *The Attorney General* for petitioner. *Mr. J. L. Thorndike* for respondent.